**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**(973) 227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   **JACQUELINE GOINS**　　　　　　　　　　　Case No.:  08-32995 MS

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

     Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $2,770.08, payable to the Clerk, United States Bankruptcy Court.  The party entitled to said funds is listed below together with the last known address and other additional information.

     Payee Name & Address:  WAMU
                                     7301 Baymeadows Way
                                     Mailstop JAXB 2010
                                   Jacksonville, FL 32258
     Amount:  $2,770.08
     Claim #:  0031
     Reason:  Not Cashing

May 24, 2010                    /s/Marie-Ann Greenberg
                                  MARIE-ANN GREENBERG
                                  CHAPTER 13 STANDING TRUSTEE